**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6480**

---

UNITED STATES OF AMERICA,

        Petitioner - Appellee,

    v.

DUANE LETROY BERRY,

        Respondent - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:20-hc-02085-BR)

---

Submitted:  August 23, 2022                              Decided:  August 26, 2022

---

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Duane Letroy Berry, Appellant Pro Se.  Genna Danelle Petre, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Letroy Berry seeks to appeal the district court's order directing the parties in the civil commitment proceeding pending against him to inform it whether they preferred it to proceed with a hearing or stay that hearing pending resolution of his prior effort to appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Berry seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*